FILED
BILLINGS DIV.

2008 JUL 25 AM 11 55

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Cause No.  CR 97-45-BLG-JDS |
| | ) | CV 05-12-BLG-JDS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER DENYING CERTIFICATE** |
| **JULIO AQUIL,** | ) | **OF APPEALABILITY** |
| | ) | |
| Defendant. | ) | |

   This matter comes before the Court on issue of whether or not to grant a certificate of appealability with regard to the Court's denial of Defendant's Habeas Petition pursuant to 28 U.S.C. § 2255. In this context, the Court "shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted." U.S. v. Asrar, 108 F.3d 217, 218 (9th Cir. 1997).

   Defendant's motion to reconsider was denied because it was a an unauthorized successive §2255 Petition and not timely filed. Consequently, the Court finds: (1) these issues are not debatable among jurists of reason; (2) no court could resolve this issue in a different manner; and (3) this issue does not deserve further proceedings.  Thus, Defendant has not shown that a federal right has been denied, and this Court is without grounds to issue a certificate of appealability. See Greenawalt v. Stewart, 105 F.3d

1268, 1273 (9th Cir.), cert. denied, 117 S.Ct. 794 (1997). Based upon the foregoing,

**IT IS HEREBY ORDERED** that the certificate of appealability is **DENIED**.

The Clerk shall forthwith notify the parties of the making of this order.

**DONE** and **DATED** this 25th day of July, 2008.

_____
JACK D. SHANSTROM
SENIOR U.S. DISTRICT JUDGE